Certificate Number: 03088-PAE-DE-027866764

Bankruptcy Case Number: 16-12569



03088-PAE-DE-027866764

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 5, 2016, at 6:40 o'clock PM CDT, Marianne R Verlingheiri completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 5, 2016            By:   /s/Doug Tonne

                                  Name: Doug Tonne

                                  Title: Counselor